Thomas J. Erbin (#1001)
**PRINCE, YEATES & GELDZAHLER**
A Professional Corporation
15 West South Temple, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 524-1000
tje@princeyeates.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARVEL CLAWSON,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDERSON INVESTMENT CORPORATION,<br><br>        Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 2:17-CV-112-PMW<br><br>Judge Dale A. Kimball |

Based upon the Stipulation and Joint Motion of the parties, through their counsel of record, and good cause appearing, it is hereby

ORDERED, ADJUDGED AND DECREED that this action is dismissed, with prejudice, each party to bear its own costs and fees.

DATED this 3d day of May, 2017.

**BY THE COURT**

Honorable Dale A. Kimball
United States District Court Judge